FILED

11/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0613

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

RYAN PATRICK MORRIS and TROY NELSON,

      Defendants and Appellants.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 1, 2021, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 27 2020